AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CAROLINA CASUALTY**
**INSURANCE COMPANY,**

        **Plaintiff,**

**vs.**

        **JUDGMENT IN A CIVIL CASE**

        **CASE NO. 2:11-cv-736**
**CANAL INSURANCE COMPANY,**    **JUDGE EDMUND A. SARGUS, JR.**
**OHIO, et al.,**    **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendants.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Opinion and Order filed April 18, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: April 18, 2013        JOHN P. HEHMAN, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk