UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CAROLINA CASUALTY INSURANCE
COMPANY,

    Plaintiff,

v.

CANAL INSURANCE COMPANY, OHIO, et al.,

    Defendants.

Case No. 2:11-cv-736
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court on the unopposed motion of Plaintiff Carolina Casualty Insurance Company's Motion to Dismiss with prejudice, which is hereby **GRANTED**.  (ECF No. 47.)  The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

12-19-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE